**TROUTMAN SANDERS LLP**
Gabriel Ozel, Bar No. 269098
gabriel.ozel@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6040

*Attorneys for Defendant*
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA JAHN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO EDUCATION SERVICES; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. **'19CV0733 CAB LL**<br><br>[Removed from San Diego Superior Court, Case No. 37-2018-00058609-CL-MC-CTL]<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441**<br><br>**[FEDERAL QUESTION]** |

**TO THE CLERK OF THE ABOVE COURT AND PLAINTIFF:**

**PLEASE TAKE NOTICE** Defendants WELLS FARGO BANK, N.A. and WELLS FARGO EDUCATION FINANCIAL SERVICES (incorrectly identified as a separate entity under the name Wells Fargo Educational Financial Services in the Complaint and hereinafter, "Wells Fargo"), hereby removes this action from the Superior Court of California, County of San Diego to the United States District Court for the Southern District of California. Federal Jurisdiction of this action is proper on the basis of federal question under 28 U.S.C. §§ 1331 and 1441(c). Wells Fargo removes this action on the following grounds.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

NOTICE OF REMOVAL
CASE NO.

## I.   BACKGROUND

1. On November 19, 2018, plaintiff Paula Jahn ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of San Diego ("the Superior Court") by filing a Complaint against Wells Fargo. Plaintiff's Complaint initiated *Jahn v. Wells Fargo Bank, N.A., et al.* Case No. 37-2018-00058609-CL-MC-CTL (the "State Court Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. The Complaint alleges causes of action for (1) Violation Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq., and (2) Violation of California Unfair Competition Law, Business and Professions Code § 17200, et seq.

3. On or about March 11, 2019, Wells Fargo filed an Answer to the Complaint. A true and correct copy of Wells Fargo's Answer is attached hereto as **Exhibit 2**.

4. On or about March 7, 2019, Plaintiff filed a First Amended Complaint (the "FAC"). The FAC alleged causes of action for (1) Violation Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq.; (2) Violation of California Unfair Competition Law, Business and Professions Code § 17200, et seq.; (3) Violation of Fair Credit Reporting Act 15 U.S.C. §§ 1681, et seq; and (4) California Consumer Credit Reporting Agencies Act, Cal. Civ. Code §§ 1785.1, et seq. A true and correct copy of the Complaint is attached hereto as **Exhibit 3**.

5. On or about April 19, 2019, Wells Fargo filed an Answer to the Amended Complaint. A true and correct copy of Wells Fargo's Answer is attached hereto as **Exhibit 4.**

6. Prior to the filing of the FAC, there was no federal question jurisdiction. However, now that the FAC alleges a claim under Fair Credit Reporting Act 15 U.S.C. §§ 1681 *et seq*, federal question now exists.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 2 -

NOTICE OF REMOVAL
CASE NO.

7. The instant removal is timely. Wells Fargo received a copy of the FAC on or about March 23, 2019. Wells Fargo removes this case within 30 days of service of process and within one year from filing of the lawsuit. 28 U.S.C. § 1446(b).

8. The Superior Court has scheduled a Case Management Conference for April 26, 2019. A true and correct copy of the docket in the State Court Action is attached here to as **Exhibit 5**.

9. In addition to the Complaint, the FAC, Wells Fargo's Answers and the State Court Docket attached as **Exhibits 1-5**, Wells Fargo has attached hereto as **Exhibit 6** copies of all process, pleadings, and orders filed in the State Court Action.

10. There are no other defendants named in the FAC.

11. Wells Fargo has not made a previous request for removal.

12. Pursuant to 28 U.S.C. § 1446(d), Wells Fargo will promptly give written notice of the removal of the State Court Action to all adverse parties and will file a copy of the notice with the Clerk of San Diego County Superior Court.

**II.   VENUE**

13. The United States District Court for the Southern District of California is the proper venue for the removal. The Superior Court of California for the County of San Diego is located within the United States District Court for the Southern District of California. *See* 28 U.S.C. § 82. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**III.   FEDERAL QUESTION**

14. This action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441. The FAC presents federal question as conferred by 28 U.S.C. § 1331. Supplemental

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 2 -   NOTICE OF REMOVAL
CASE NO.

1  jurisdiction exists with respect to other claims not subject to removal pursuant to 28 U.S.C. §§ 1367 and 1441(c).

15. In the FAC, Plaintiff alleges Fair Credit Reporting Act 15 U.S.C. §§ 1681 *et seq.* (Ex. 3: FAC, ¶¶ 183-186.)

## IV. SUPPLEMENTAL JURISDICTION

16. In the event that this Court invokes its federal question jurisdiction, this Court also has supplemental jurisdiction over Plaintiff's state law claims. Supplemental jurisdiction is proper where the relationship between the federal and state claims is such that they "form part of the same case or controversy under Article III of the United States Constitution." 28 USC § 1367(a). Plaintiff's state and federal claims are part of the same case or controversy because all claims "arise from a common nucleus of operative facts" such that "considerations of judicial economy, convenience and fairness to litigants" support a single adjudication. *United Mine Workers of America v. Gibbs* 383 US 715, 726 (1966). All of the claims alleged in Plaintiff's FAC relate to an alleged improper credit reporting of a debt Plaintiff allegedly did not owe. (*See* Ex. 3: FAC, *generally*.) Therefore, all of the allegations in the FAC relate to the same case or controversy because they arise from a common nucleus of operative facts.

## V. RESERVATION OF RIGHTS

17. Wells Fargo reserves the right to supplement this notice when, and if, additional information becomes available. In addition, Wells Fargo reserves all rights, including, but not limited to, defenses and objections as to venue, personal jurisdiction, and service. The filing of this notice is subject to, and without waiver of, any such defense or objection.

**WHEREFORE**, Wells Fargo prays that the State Court Action be removed from the Superior Court of California, County of San Diego to this Court, and that this Court assume jurisdiction over and determine the action on the merits.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 2 -   NOTICE OF REMOVAL
CASE NO.

1
2  Dated: April 22, 2019                    By:  /s/ *Gabriel Ozel*
3                                               Gabriel Ozel
4                                               *Attorneys for Defendant*
                                                 WELLS FARGO BANK, N.A.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 2 -                                     NOTICE OF REMOVAL
                                          CASE NO.